Caryn Geraghty Jorgensen
Stokes Lawrence, P.S.
310 K Street, Suite 200
Anchorage, AK 99501
1420 Fifth Avenue, Suite 3000
Seattle, Washington, 98101-2393
Telephone: 206-626-6000
Facsimile: 206-464-1496
E-mail: Caryn.Jorgensen@stokeslaw.com

Attorneys for Defendant
Kyocera Document Solutions Northwest, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GARNESS ENGINEERING GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> KYOCERA DOCUMENT SOLUTIONS NORTHWEST, INC., <br><br> Defendant. | Case No. 3:19-cv-00041-SLG |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties hereto, through the undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims which were or could have been brought in the captioned matter by Plaintiff Garness Engineering Group, Ltd. against Defendant Kyocera Document Solutions Northwest, Inc. be dismissed with prejudice, each party to bear its own costs and attorney's

fees, on the ground and for the reason all issues raised herein have been fully compromised and settled.

DATED: September 26, 2019.

        STOKES LAWRENCE, P.S.
        Attorneys for Kyocera Document Solutions Northwest, LLC

        By: */s/Caryn Geraghty Jorgensen*
           Caryn Geraghty Jorgensen
           ABA No. 0908036

DATED: September 26, 2019.

        WOELBER & COLE, LLC
        Attorneys for Garness Engineering Group, Ltd.

        By: */s/Brent R. Cole*
           Brent R. Cole
           ABA No. 8606074

JOINT STIPULATION FOR DISMISSAL　　　　　　　*Garness Engineering Group, Ltd. v. Kyocera*
Page 2 of 3　　　　　　　　　　　　　　　　　　　　*Document Solutions Northwest, LLC*
　　　　　　　　　　　　　　　　　　　　　　　　　*Case No. 3:19-cv-00041-SLG*

Case 3:19-cv-00041-SLG   Document 28   Filed 09/26/19   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Alaska that on this date I caused to be served in the manner indicated a copy of the within and foregoing document upon the following persons:

*Attorney for Plaintiff*:

Brent R. Cole
Woelbler & Cole, LLC
821 N. Street, Suite 208
Anchorage, AK 99501

☐ Via first class mail, postage prepaid
☐ Via facsimile to
☐ Via legal messenger
☑ Via e-mail | CM/ECF E-File
  info@woelbercole.com
  brent@woelbercole.com

DATED: September 26, 2019.

*s/Jennifer Seeley*
Jennifer Seeley

JOINT STIPULATION FOR DISMISSAL
Page 3 of 3

*Garness Engineering Group, Ltd. v. Kyocera*
*Document Solutions Northwest, LLC*
*Case No. 3:19-cv-00041-SLG*

Case 3:19-cv-00041-SLG   Document 28   Filed 09/26/19   Page 3 of 3